IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TAMMY M. EDWARDS,                          :
                                           :
            Plaintiff(s),                  :
                                           :   Case Number: 1:08cv815
      vs.                                  :
                                           :   Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY,           :
                                           :
            Defendant(s).                  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Timothy S. Black filed on December 14, 2009 (Doc. 11), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired January 5, 2010, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff DIB and SSI benefits is

**REVERSED,** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall properly determine whether Plaintiff's impairments

meet or equal Listing 12.05 ( C ), 12.04 and 12.08 and provide a clear rationale for each

determination.

This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

_

                        ___s/Susan J. Dlott_____
                        Chief Judge Susan J. Dlott
                        United States District Court