IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TAMMY M. EDWARDS,

    Plaintiff(s),

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

Case Number: 1:08cv815

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on December 14, 2009 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 5, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff DIB and SSI benefits is **REVERSED,** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall properly determine whether Plaintiff's impairments meet or equal Listing 12.05 ( C ), 12.04 and 12.08 and provide a clear rationale for each determination.

This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                        ___s/Susan J. Dlott_____
                                        Chief Judge Susan J. Dlott
                                        United States District Court