IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Tammy Edwards, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:08cv815 |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on August 11, 2010 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 31, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition is **GRANTED**. Counsel is **AWARDED** the total requested amount of $5,465.00 in fees and costs.

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court